# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPUBLICAS UNIDOS DE MEXICO,<br><br>                             Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>                            Defendant. | CASE NO. 11CV623 DMS (WMC)<br><br>**ORDER DENYING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS WITHOUT PREJUDICE** |

Plaintiff filed a Complaint and a motion for leave to proceed *in forma pauperis* ("IFP") on March 28, 2011. (Docs. 1, 2.) All parties instituting a civil action, suit, or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $350.00. *See* 28 U.S.C. § 1914(a). An action may proceed despite a plaintiff's failure to prepay the entire fee only if the plaintiff is granted leave to proceed IFP pursuant to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). Here, however, the affidavit and motion to proceed IFP filed by Plaintiff states merely "I LM Moreña swear under penalty of perjury that I am indegent [sic]. I also ask this Honorable Court that it grants [sic] me this Motion to Proceed." (Mot. at 1.) As Plaintiff has not included any information regarding his or her financial situation in the motion to proceed IFP, the Court is unable to make a determination as to whether Plaintiff should be permitted to proceed IFP. Plaintiff's motion to proceed IFP is therefore denied and the Complaint is dismissed without prejudice. Plaintiff is granted 30 days' leave to pay the $350.00 filing free required

to maintain this action pursuant to 28 U.S.C. § 1914 or to submit a supplemental affidavit and additional documentation regarding his or her economic status. If Plaintiff chooses to file additional information regarding his or her indigency, he or she must attach a copy of this Order to any such documents.

**IT IS SO ORDERED.**

DATED: April 7, 2011

_____
HON. DANA M. SABRAW
United States District Judge